MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5084
    Fax: (408) 535-5066
    john.glang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-00670-LHK |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER AUTHORIZING DISCLOSURE OF SEALED WIRE AND |
| v. | ) ELECTRONIC SURVEILLANCE MATERIALS, PEN REGISTER ORDERS, GPS LOCATION |
| RODOLFO FLORES TORRES, ET AL, | ) DATA ORDERS, SEARCH WARRANTS, VEHICLE TRACKING WARRANTS, AND POLE |
| Defendants. | ) CAMERA ORDERS IN DISCOVERY |

Application having been made on behalf of the United States of America by John N. Glang, Assistant United States Attorney, for an order authorizing the government to furnish copies of documents filed with the Court under seal concerning wire and electronic surveillance materials, pen register orders, GPS location data orders, search warrants, vehicle tracking warrants, and pole camera orders, and ordering that such filings remain sealed for all other purposes, and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that copies of the following documents may be provided to each of the defendants and their attorneys in the above-entitled case, as follows:

Peter A. Leeming for defendant Rodolfo Flores Torres

Thomas J. Ferrito for defendant Edgar Diaz Paz

Ben McLaughlin for defendant Juan Pablo Velasco-Gonzalez

Robert E. Carey, Jr. for defendant Eduardo Godinez-Perez

Carleen R. Arlidge for defendant Jose Manuel Plancarte

Varell L. Fuller for defendant Efrain Canchola

Jay Rorty for defendant Mayra Alejandra Martinez

Alfredo M. Morales for defendant Rogelio Barajas-Rocha

Bruce C. Funk for defendant Cesar Guillen

Vicki H. Young for defendant Francisco Javier Guerrero Buenrostro

Jerry Y. Fong for defendant Rafael Silva Valencia

Michelle D. Spencer for defendant Francisco Javier Ceja Cuamba

James McNair Thompson for defendant Jaime Arana Del Toro

A. The affidavits, applications, orders, sealing motions and orders, minimization instructions, 15-day periodic reports, transcripts, line sheet summaries, GPS coordinate summaries, and audio recordings for the wiretap orders listed below:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 2-27-13 | CR 13-90164 | Wiretap for 2 phones |
| 4-4-13 | CR 13-90290 | Wiretap for 2 phones |
| 6-12-13 | CR 13-90509 | Wiretap for 5 phones |
| 8-16-13 | CR 13-90687 | Wiretap for 11 phones |

B. The applications and orders (and warrants, sealing motions and orders, and motions and orders delaying notice, if applicable) for the following:

PEN REGISTER ORDERS:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 1-14-13 | CR 13-90035 | Torres and Paz |
| 1-17-13 | CR 13-90055 | Torres |
| 3-7-13 | CR13-90207 | Torres |
| 4-16-13 | CR 13-90320 | Canchola |
| 4-16-13 | CR 13-90321 | Torres |
| 5-8-13 | CR 13-90392 | Torres |
| 5-14-13 | CR 13-90418 | Canchola |
| 6-5-13 | CR 13-90493 | Torres |
| 7-17-13 | CR 13-90619 | Torres |
| 7-17-13 | CR13-90620 | Velasco-Gonzalez |
| 7-17-13 | CR 13-90621 | Canchola and Godinez-Perez |
| 7-24-13 | CR 13-90635 | Paz |
| 7-24-13 | CR 13-90636 | Torres |
| 8-20-13 | CR 13-90694 | Velasco-Gonzalez |
| 8-20-13 | CR 13-90695 | Godinez-Perez |

ORDERS FOR GPS LOCATION DATA FOR CELLULAR TELEPHONES:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 9-6-12 | CR 12-90620 | Valencia |
| 1-22-13 | CR 13-90061 | Torres |
| 5-8-13 | CR 13-90391 | 4 phones |
| 6-20-13 | CR 13-90536 | 4 phones |
| 8-20-13 | CR 13-90692 | 6 phones |
| 9-9-13 | CR 13-90752 | Torres |
| 9-11-13 | CR 13-90756 | 4 phones |

SEARCH WARRANTS:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 4-27-12 | CR 12-70480 | Yahoo |
| 4-27-12 | CR 12-70481 | Facebook |
| 4-27-12 | CR 12-70482 | Hotmail |
| 7-17-12 | CR 12-70797 | Apt. B1610, The Woods Apts., San Jose |
| 7-12-13 | CR 13-70771 | Storage Locker, Santa Clara |
| 9-11-13 | CR 13-71088 | 1407 San Bruno Ave, SF |
| 9-11-13 | CR 13-71089 | 26394 Underwood Avenue, Hayward |
| 9-11-13 | CR 13-71090 | 55 Lydia Avenue, SF |
| 9-11-13 | CR 13-71111 | 43336 Excelsior Road, Eureka |
| 9-11-13 | 13-SW-00245 | 817 Fantasy Lane, Ceres (EDCA) |
| 9-11-13 | 13-SW-00245 | 9221 Harmony Court, Delhi (EDCA) |
| 9-11-13 | 13-SW-00245 | 2551 Del Paso Blvd., Sacramento (EDCA) |
| 9-11-13 | 13-2486 and 13-2487 (CDCA) | 530/532 E. Mountain Street, Pasadena (CDCA) |

VEHICLE TRACKING WARRANTS:

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
| --- | --- | --- |
| 6-20-12 | CR 12-MC-230 | Silver BMW (Oregon) |
| 8-3-12 | 12-90740 | Silver BMW and White Mercedes |
| 8-24-12 | 12-90741 | Black Mercedes |
| 9-28-12 | 12-90680 | Black Mercedes and Silver Jeep Cherokee |
| 10-2-12 | 12-SW-0282 | Black Mercedes and Silver Jeep Cherokee (EDCA) |
| 11-16-12 | 12-90801 | Black Mercedes |
| 2-13-13 | 13-90141 | Black Mercedes |

| DATE OF WARRANT | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 3-15-13 | 13-90225 | Green Chevy Van |
| 4-3-13 | 13-90286 | Black Mercedes |
| 6-21-13 | 13-SW-00175 | 3 Vehicles (EDCA) |
| 6-21-13 | 13-90537 | Green Chevy Van and Silver Jeep Cherokee |
| 7-3-13 | 13-90582 | Black Mercedes and Silver Jeep Cherokee |
| 8-2-13 | 13-90675 | 5 Vehicles |

POLE CAMERA ORDERS:

| DATE OF ORDER | COURT NUMBER | DESCRIPTION |
|---|---|---|
| 12-18-12 | CR 12-90860 | 3567 Sandpebble Dr. San Jose |
| 5-2-13 | CR 13-90370 | 1407 San Bruno Ave., SF |

IT IS FURTHER ORDERED that the above-mentioned documents shall not be disseminated or disclosed to anyone other than the named defendants or their counsel, or the staff of their counsel (secretaries, paralegals, clerical staff, and attorneys employed by counsel and/or counsel's law firm, and nonemployees engaged by counsel and under counsel's supervision who assist in counsel's representation of one of the named defendants), except upon the express authorization of this Court. Information obtained from the above-mentioned documents may be discussed with third parties only to the extent necessary for the investigation and preparation of a named defendant's defense, provided that in no case shall the discussion of such information involve the disclosure to any third party of the document that is the source of the information or that the source of the information is an affidavit or other document filed under seal.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to

1  disclose any information therein other than to prepare for trial and for the defense of his/her client.

3  DATED:    10/18/13

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Judge